In the Matter of DON WEINER, Appellant, v STATE OF NEW YORK et al., Respondents, et al., Respondent/Defendant. [932 NYS2d 725]—

As the temporary order of protection at issue in this case has been vacated, any determination by this Court will not directly affect the rights of the parties (*see Festa v Festa*, 76 AD3d 1047,

1047-1048 [2010]; *Matter of Bucaro v Morales*, 62 AD3d 994, 995 [2009]). Since the matter does not warrant the invocation of the exception to the mootness doctrine (*see Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714 [1980]), the appeal must be dismissed as academic (*see Matter of Bucaro v Morales*, 62 AD3d at 995). Rivera, J.P., Dickerson, Eng and Roman, JJ., concur.